Case 1:01-cr-00377-JIC   Document 201   Entered on FLSD Docket 03/12/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 05-21626-CIV-COHN/WHITE
(Criminal Case No. 01-377-CR-COHN)

ROBERTO FERNANDEZ CUESTA,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 37], submitted by United States Magistrate Judge Patrick A. White, regarding Movant's Rule 60(b) Motion [DE 34, 36]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion, the Report and Recommendation, and Movant's Objections [DE 38], and is otherwise fully advised in the premises.

In his Rule 60(b) Motion, Mr. Cuesta essentially reiterates all the same arguments he has made throughout the proceedings before this Court. He also asserts that the counsel appointed to represent him in the proceedings on his Motion to Vacate Pursuant to §2255 "abandoned" him. To the extent that he is asserting ineffective assistance of counsel in the proceedings on his Motion to Vacate, Mr. Cuesta's claims are directly contradicted by the record. Mr. Cuesta stated in open court that he agreed with his counsel's conclusion that all but three of his claims lacked merit, and the record clearly shows that counsel met with Mr. Cuesta in an effort to discuss and prepare

Objections to the Report and Recommendation denying those claims, but that Mr. Cuesta instead elected to consult with the individual who helped him prepare his §2255 motion and filed a pro se "Motion to Appeal." Any allegations of abandonment by counsel are directly contradicted by this record evidence.

In substance, the Rule 60(b) Motion is, as the Magistrate Judge concluded, an improper second or successive motion to vacate. The Motion must be denied, because this Court lacks jurisdiction to consider such a motion where, as here, the Movant has not sought the certification from the Eleventh Circuit Court of Appeals required by 28 U.S.C. §2244(b)(3)(A). Mr. Cuesta objects to this conclusion, but devotes nearly all of his Objections to reasserting the many claims originally raised in his Motion to Vacate and repeating his arguments regarding his sentence. A re-litigation of these issues is prohibited by §2244 without the required certification. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Movant's Rule 60(b) Motion [DE 34, 36] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12TH day of March, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Roberto Fernandez Cuesta, *pro se*
Reg. No. 67169-004
U.S.P.-II Coleman
P.O. Box 1034
Coleman, FL  33521
(Address as listed in Civ-DE 36, 38)

Roberto Fernandez Cuesta, *pro se*
Reg. No. 67169-004
U.S.P. - Atlanta
P.O. Box 150160
Atlanta, GA  30315
(Address of Record)